Fill in this information to identify the case:

Debtor 1    ANDREA J HOLMES

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____  District of   ARIZONA
                                                                (State)

Case number   2:24-bk-02702-PS

# Official Form 410S2
# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtors' plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtors' principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtors' principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:**   NATIONSTAR MORTGAGE LLC           Court claim no. (if known)    3

**Last four digits** of any number you      XXXXXX4268
use to identify the debtors' account:

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes. Date of the last notice: _____

## Part 1:    Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ 0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. | Attorney fees | | (3) | $ 0.00 |
| 4. | Filing fees and court costs | | (4) | $ 0.00 |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. | Property inspection fees | | (7) | $ 0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. | Property preservation expenses. Specify: _____ | | (10) | $ 0.00 |
| 11. | Other. Specify:  Plan Review | 5/10/2024 | (11) | $ $150.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Debtor 1 | ANDREA J HOLMES | Case number (*if known*) | 2:24-bk-02702-PS |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

| | X | /s/Laura Egerman | Date | 06/17/2024 |
|---|---|---|---|---|
| | | Signature | | |
| Print: | | Laura                    Egerman | Title | Authorized Agent |
| | | First Name  Middle Name  Last Name | | |
| Company | | McCalla Raymer Leibert Pierce, LLC | | |
| Address | | 1544 Old Alabama Road | | |
| | | Number    Street | | |
| | | Roswell           GA        30076 | | |
| | | City              State     ZIP Code | | |
| Contact phone | | 848-288-9512 | Email | laura.egerman@mccalla.com |

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

**In re:** )
) **Case No.** 2:24-bk-02702-PS
ANDREA J HOLMES ) **Chapter** 13
)
) **JUDGE:** PAUL SALA

## EXHIBIT B

### ITEMIZATION OF CLAIM

Other     $150.00

| | | |
|---|---|---|
| 05/10/2024 | Review and Analysis of Schedules, Plan, Docket, Loan Docs | $150.00 |

- **TOTAL POSTPETITION FEES, EXPENSES, AND CHARGES**:     **$150.00**

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322 (b)(5) and Bankruptcy Rule 3002.1

|  |  |
|---|---|
| In Re:<br>ANDREA J HOLMES | Bankruptcy Case No.: 2:24-bk-02702-PS<br>Chapter: 13<br>Judge: Paul Sala |

## CERTIFICATE OF SERVICE

I, Laura Egerman, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

ANDREA J HOLMES
15643 W Durrango St
Goodyear, AZ 85338

THOMAS ADAMS MCAVITY　　　　*(Served via ECF at documents@phxfreshstart.com)*
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780

Trustee　　　　*(Served via ECF Notification)*
Edward J. Maney
101 N. First Ave., Suite 1775
Phoenix, AZ 85003

U.S. Trustee　　　　*(Served via ECF Notification)*
U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 07/02/2024　　By: /s/Laura Egerman
　　　　　　　(date)　　　　　　　Laura Egerman
　　　　　　　　　　　　　　　　Authorized Agent for Creditor